## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| KIARA SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | * * * * | No. 3:13CV00029-DPM-JJV |
| Defendant. | * | |

## ORDER

Although the Complaint in this case was filed January 30, 2013, no proof of service has been filed to indicate proper service was obtained on the Defendants, as required by FED. R. CIV. P. 4(l).

Under these circumstances, the Complaint is subject to dismissal. FED. R. CIV. P. 4(m); *Bryant v. Brooklyn Barbecue Corp.*, 932 F.2d 697, 698 (8th Cir.), *cert. denied*, 502 U.S. 1005 (1991); *Ouzts v. Cummins*, 825 F.2d 1276, 1278 (8th Cir. 1987).

Plaintiff must file proof of service with the Court within thirty (30) days of the date of this Order, or the Complaint will be dismissed.

IT IS SO ORDERED this 30th day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE