IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIARA SMITH                                                                                              PLAINTIFF

v.                                          3:13CV00029-SWW-JJV

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration; ANTHONY
BARTELLS; CHARLES D. TURNER,                                            DEFENDANTS

ORDER

Along with the Acting Commissioner of the Social Security Administration, Plaintiff Kiara Smith has sued his former attorney, Anthony Bartells, Esq., and Charles D. Turner, the vocational expert who testified at his administrative hearing. But the only proper defendant is the Commissioner of Social Security. *See* 42 U.S.C. § 405(g); 20 C.F.R. § 422.210(d). Plaintiff can state no claim under section § 405(g) against Bartells and Turner and therefore, they are dismissed.

IT IS SO ORDERED this 18th day of July 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE