## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| KIARA SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | * | No.  3:13CV00029-SWW-JJV |
| | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

The Court has received Proposed Findings and Recommendations from Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Mr. Smith's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 28th day of January 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE